UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC 15  PM 12: 51

CLERK

BY_____
DEPUTY CLERK

In Re:  Sigismund J. Wysolmerski, Esq.          Misc. No. 5:20-mc-105

## ORDER OF DISQUALIFICATION

On September 21, 2020, the United States of America Social Security Administration ("SSA") filed an Acceptance of Disqualification admitting the charge and specification in the SSA's Notice of Intent to Sanction disqualifying the respondent from acting as a representative of claimants before SSA as of September 8, 2020.

Pursuant to Rule 5(d) of the Attorney Disciplinary Rules for the United States District Court for the District of Vermont and in conformity with the SSA, it is hereby ORDERED that said SIGISMUND J. WYSOLMERSKI will not be able to advise, assist, or represent, directly or indirectly, any applicants, claimants, prospective claimants, or beneficiaries in matters related to the programs that SSA administers before this court.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 10th day of December, 2020.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court